# Exhibit 1

## MLDC Notice of Hearing

**CITY OF CHICAGO**
**DEPARTMENT OF BUSINESS AFFAIRS & CONSUMER PROTECTION**
**LOCAL LIQUOR CONTROL COMMISSION**
**CITY HALL -- ROOM 805**
**121 NORTH LASALLE STREET**
**CHICAGO, ILLINOIS 60602**

| | | |
|---|---|---|
| IN RE LICENSE DISCIPLINARY<br>PROCEEDINGS REGARDING THE<br>CITY OF CHICAGO LIQUOR LICENSE<br>AND ALL OTHER CITY LICENSES | ) | |
| Issued to:<br>The Blue Note, Inc. d/b/a The Point | ) | 22 LR 11 |
| Licensee. | ) | |
| Located at:<br>1565 N. Milwaukee Ave.<br>Chicago, Illinois 60653 | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to 235 ILCS 5/7-5 and Title 4, Chapter 4, § 280 of the Municipal Code of Chicago, a hearing will be held in Room 805 of City Hall, 121 North LaSalle Street, Chicago, Illinois, on **Friday, December 9, 2022 at 1:30 p.m.**, in connection with disciplinary proceedings regarding the City of Chicago licenses issued to The Blue Note, Inc. for the premises located at 1565 N. Milwaukee, Chicago, Illinois, upon the following charge(s):

1. That on or about February 6, 2022 the licensee, by and through its agent, allowed unauthorized persons to be on the licensed premises after 5:00 AM, in violation of Municipal Code of Chicago § 4-60-130 (d).

The Licensee is advised that for the limited purpose of assessing the severity of the penalty that could be imposed, when applicable, the City may present evidence of previous acts of misconduct which have resulted in disciplinary action against the Licensee, along with any other citizen, police, or governmental agency complaints.

The Licensee is further advised that pursuant to 235 ILCS 5/4-5, the Licensee or President of licensee corporation is required to appear in person at every hearing regarding these proceedings and may be required to produce for examination books and records of the Licensee.

PLEASE TAKE FURTHER NOTICE that at the hearing you may be represented by your counsel and may produce witnesses and introduce evidence on your behalf. **IN CASE OF YOUR FAILURE TO APPEAR, A DETERMINATION WILL BE MADE BY DEFAULT.**

Information regarding the Mayor's License Discipline Commission, including the Rules of Procedure, is available online at: **https://www.chicago.gov/MLDC**

Chicago, Illinois,
November 18, 2022

Respectfully Submitted,
Celia Meza
Corporation Counsel, City of Chicago

By:_/s/Daniel Lim________________________
Daniel Lim, Assistant Corporation Counsel
(312) 742-0340
Daniel.Lim@cityofchicago.org

**SERVICE LIST**

Alex.kosyla@rkfglobal.com

Daniel.fahner@rkfglobal.com

**PROOF OF SERVICE**

I, Daniel Lim, an attorney, certify that I served a copy of the within Notice of Hearing by sending to the attorneys for the Licensee via email, on or before 5:00PM on November 18, 2022.

_/s/Daniel Lim__________________________