# Exhibit 2

## DOB Emergency Closure Lifting Notice

## FW: COMMISSIONER CLOSURE /THE POINT 1565 N MILWAUKEE AVENUE

Luis Rosado <Luis.Rosado@cityofchicago.org>

Thu 3/16/2023 2:08 PM

To: Matthew Beaudet <Matthew.Beaudet@cityofchicago.org>;Marlene Hopkins <Marlene.Hopkins@cityofchicago.org>;Steven Mc Kenzie <Steven.McKenzie@cityofchicago.org>;Kimberly Roberts <Kimberly.Roberts@cityofchicago.org>;John Scott3 <John.Scott3@cityofchicago.org>;Kenneth Meyer <Kenneth.Meyer@cityofchicago.org>;Annette Nance Holt <Annette.NanceHolt@cityofchicago.org>;David Frueh <David.Frueh@cityofchicago.org>;Ivan Capifali <Ivan.Capifali@cityofchicago.org>;Gregory Sloyan <Gregory.Sloyan@chicagopolice.org>;Raymond Boyd <raymond.boyd@chicagopolice.org>;'Webb, Michael K.' <Michael.Webb@chicagopolice.org>;Meira Ryan <Meira.Ryan@cityofchicago.org>;Ian Friel <Ian.Friel@cityofchicago.org>;Benjamin Usha <Benjamin.Usha@cityofchicago.org>;Jessica Lewis <Jessica.Lewis@cityofchicago.org>;Gina Piwnicki <gina.piwnicki@chicagopolice.org>;Virginia Castaneda <Virginia.Castaneda@cityofchicago.org>;Daljinder Bhattal <Daljinder.Bhattal@cityofchicago.org>;Michael Tibbs <Michael.Tibbs@cityofchicago.org>;Bryan Knipper <Bryan.Knipper@cityofchicago.org>;Dennis Guillermo <Dennis.Guillermo@cityofchicago.org>;Daniel Asnis <Daniel.Asnis@cityofchicago.org>;Esau Orduno <Esau.Orduno@cityofchicago.org>;Amanda Weiland <Amanda.Weiland@cityofchicago.org>;Shannon Trotter <Shannon.Trotter@cityofchicago.org>;William Ramey <William.Ramey@cityofchicago.org>;Aisha Harris Bradford <Aisha.HarrisBradford@cityofchicago.org>;Lisa Chibe <Lisa.Chibe@chicagopolice.org>;Shuaib Menk <Shuaib.Menk@cityofchicago.org>;David Smith <David.Smith2@cityofchicago.org>;Davina Ward <Davina.Ward@chicagopolice.org>;Andre Parham <Andre.Parham@chicagopolice.org>;Eric Carter <Eric.Carter@chicagopolice.org>;Elizabeth Collazo <Elizabeth.Collazo@chicagopolice.org>

Cc: Luis Rosado <Luis.Rosado@cityofchicago.org>;John O'Hara <John.O'Hara@cityofchicago.org>;Sean Newton <Sean.Newton@chicagopolice.org>;Jessica Smart <Jessica.Smart@chicagopolice.org>;Irma Coutinho <Irma.Coutinho@chicagopolice.org>;'junbar@gmail.com' <junbar@gmail.com>

1 attachments (144 KB)

Commissioner Closure The Point 1565 N Milwaukee 2-18-22 D.pdf;

---

On Monday, March 13 , 2023, DOB inspectors conducted a re-inspection at The Point **/1565 N Milwaukee Avenue..** The Dangerous Fire Safety, Electrical, Plumbing, and Structural Issues have been corrected in the area approved for re-occupancy. The Dangerous Violations that warranted the Commissioner Closure on February 18th , 2022 have been abated.

**Work was completed under the following permits;**
EPP Permit #100966859 issued by DOB on 04/13/2022
Electrical Permit #100965788 issued by DOB on 04/06/2022
Electrical Permit #100965772 issued by DOB on 4/6/2022

Therefore

**The Department of Buildings Commissioner Closure on**

**THE POINT /1565 N MILWAUKEE AVE.**

Is now lifted

**1565 N MILWAUKEE AVE.** are recipients of this E-Mail for their records

________________________________________________________________________

On behalf of Matthew Beaudet, Commissioner

Department of Buildings

312-743-0921

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.