IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THE BLUE NOTE, INC. d/b/a The Point, an Illinois corporation,
Plaintiff,

v.

THE CITY OF CHICAGO, a Municipal Corporation, FLAT IRON BUILDING, LLC, an Illinois limited liability Company; BERGER REALTY GROUP, LLC, an Illinois limited liability company; ERICA BERGER, an individual; RACHEL BREIDINGER, an individual; ZVONKO OLEAR, an individual; ARTHUR KWAN, an individual; BAUM REALTY GROUP, LLC, an Illinois limited liability company; PATRICK FORKIN, an individual; SAVAS ER, an individual.

Defendants.

Case: 1:23-cv-00648

**BERGER REALTY GROUP, LLC, ERICA BERGER, RACHEL BREIDINGER, ZVONKO OLEAR, AND ARTHUR KWAN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12 (B)(6)**

Defendants, Berger Realty Group, LLC, ("BRG") Erica Berger, Rachel Breidinger, Zvonko Olear, and Arthur Kwan ("Defendants") by and through their attorneys, CLAUSEN MILLER P.C., herby moves to dismiss Counts V through VIII of Plaintiff's First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).

A Memorandum of Law in Support of Defendants' Motion is attached hereto and incorporated herein.

WHEREFORE, for the reasons set forth and explained in Defendants' Memorandum of Law, Defendants respectfully request an order dismissing Counts V through VIII of the First Amended Complaint and granting such other relief as this Court deems just, proper and equitable.

Respectfully submitted,

*/s/Paige M. Neel*

PAIGE M. NEEL – 6279324
pneel@clausen.com
MAX G. WESSELS – 6324836
mwessels@clausen.com
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010
Attorneys for: Defendants, Berger Realty Group, LLC, Erica Berger, Rachel Breidinger, Zvonko Olear, and Arthur Kwan

**CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC FILING**

The undersigned hereby certifies that a true and correct copy of Defendants' Motion for to Dismiss Plaintiff's Amended Complaint and a Memorandum in Support of the same were electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record on August 14, 2023.

*/s/ Thomas McCabe*