**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THE BLUE NOTE, INC., d/b/a The Point,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF CHICAGO,<br>FLAT IRON BUILDING, LLC,<br>BERGER REALTY GROUP, LLC,<br>ERICA BERGER,<br>RACHEL BREIDINGER,<br>ZVONKO OLEAR,<br>ARTHUR KWAN,<br>BAUM REALTY GROUP, LLC,<br>PATRICK FORKIN,<br>SAVAS ER,<br><br>Defendants. | ) | Case No. 23-cv-00648<br><br>Hon. Thomas M. Durkin |

**DEFENDANT BAUM REALTY GROUP, LLC's**
**MOTION TO DISMISS**
**UNDER RULE 12(b)(1) AND RULE 12(b)(6)**

NOW COMES DEFENDANT BAUM REALTY GROUP, LLC ("Baum") and moves this Court for an Order under Federal Rule of Civil Procedures 12(b)(1) and 12(b)(6) dismissing Plaintiff Amended Complaint. In support of this motion, Baum incorporates its Memorandum of Law in Support of this Motion and state as follows:

1. The First Amended Complaint asserts a three pronged argument: (i) the City of Chicago issued a Summary Closure Order; (ii) the City of Chicago brought citations for building violations to continue to allegedly delay the closure; and (iii) the City then revoked the liquor license. Plaintiff further alleged that it appealed the revocation the license through the

administrative process and apparently lost; and that process is, according to Plaintiff's First Amended Complaint, still ongoing.

2. Plaintiff's First Amended Complaint is in eight counts:

| | **Claim** | **Defendant(s)** |
|---|---|---|
| Count I | § 1983 Equal Protection (Class of One) | City of Chicago |
| Count II | § 1983 First Amendment (Retaliation) | City of Chicago |
| Count III | § 1983 Due Process | City of Chicago |
| Count IV | State Abuse of Process | City of Chicago |
| Count V | State Claim Conspiracy (§ 1983) | All Defendants |
| Count VI | State Claim Fraud | All Defendants |
| Count VII | State Claim Consumer Fraud | FIB and BRG |
| Count VIII | State Claim Conspiracy (Consumer Fraud) | All Defendants |

3. There is no subject matter jurisdiction as to Baum. Plaintiff's Complaint only alleges state law claims against Baum. Thus there is no jurisdiction under 28 USC § 1331 or § 1343 as alleged. The only possible way to obtain federal jurisdiction against Baum is under 28 USC § 1367 (which was not even alleged), but the First Amended Complaint comes nowhere close to reaching that statutory threshold.

4. Plaintiff First Amended Complaint (as correctly explained by the City) is also an improper review of an ongoing state administrative proceeding to revoke Plaintiff's late night liquor license that the federal courts have no jurisdiction over.

5. As to Counts V, VI, and VIII directed against Baum, there is nothing in the First Amended Complaint to support such conspiracy claims or fraud claims even under the low bar established by notice pleading. The First Amended Complaint as to Baum must be dismissed.

WHEREFORE, the motion to dismiss must be granted and the First Amended Complaint as to Baum be dismissed with prejudice and for all other relief that is just and equitable.

Respectfully Submitted:

s/Craig G. Penrose

Craig Penrose
Laurie & Brennan, LLP
Two North Riverside Plaza
Suite 1750
Chicago, IL 60606
Phone: 312-445-8780
cpenrose@lauriebrennan.com

## CERTIFICATE OF SERVICE

I, Craig G. Penrose, an attorney, certify that on September 8, 2023, I filed a true and correct copy of the foregoing and served the below-named attorneys through the ECF system:

To: Daniel T. Fahner
Alex Calhoun Kosyla
RKF Global PLLC
555 Skokie Blvd. Suite 450
Northbrook, IL 60062
(202) 680-0971
Email: daniel.fahner@rkfglobal.com
Email: alex.kosyla@rkfglobal.com

*Attorneys for Plaintiff*

Bradley Gordon Wilson
Aaron Talen Dozeman
City of Chicago Law Department, Constitutional and Commercial Litigation Division
2 N. LaSalle Street
Suite 520
Chicago, IL 60602
312-744-7686
Email: bradley.wilson@cityofchicago.org
Email: aaron.dozeman1@cityofchicago.org

*Attorney for Defendant City of Chicago*

Christopher Randall Johnson
Cary G. Schiff & Associates
134 N. Lasalle St., Suite 1740
Chicago, IL 60602
(312) 419-1130
Email: cgschifflaw@gmail.com

*Attorney for Defendant Flat Iron*

Paige Moray Neel
Clausen Miller P.C.
10 S. LaSalle Street, Suite 1600
Chicago, IL 60603, (312) 855-1010
Email: pneel@clausen.com

*Attorney for BRG Defendants*

Marty J. Schwartz
Thomas J.K. Schick
Schain Banks Kenney & Schwartz, Ltd.
70 West Madison, Suite 5400
Chicago Il 60602
(312) 345-5700
mschwartz@schainbanks.com
tschick@schainbanks.com

*Attorney for Defendant Savas ER*

s/Craig G. Penrose
Craig G. Penrose