City of Chicago - Department of Business Affairs and Consumer Protection
121 N. La Salle St., Room 805, Chicago, IL 60602
312-744-6060 (Phone) | 312-744-1944 (TTY)

# UPCOMING HEARING SCHEDULE - ROOM 805

***All AM hearings are at 9:30 AM and all PM hearings are at 1:30 PM.**

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 1342 | W | HURON | LILY SCHAFFER | 23-HD-0130 | S. LOPEZ | **10/10/2023** | AM | INITIAL |
| 56 | W | ILLINOIS | NICK & HOWARD, L.L.C. | 23-LR-0037 | S. LOPEZ | | AM | CONTINUANCE |
| 226 | W | ONTARIO | H. B. ONTARIO-FRANKLIN CORPORATIO | 23-LR-0042 | S. LOPEZ | | AM | CONTINUANCE |
| | | | **Total per hearing date** | **10/10/2023** | **3** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 17 | N | WABASH | TK CHICAGO LOOP, LLC | 22-LR-0020 | J. HARAN-CASTANEDA | **10/11/2023** | AM | CONTINUANCE |
| 2201 | S | WENTWORTH | CJI ENTERTAINMENT LLC | 22-LR-0034 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 1034 | N | PAULINA | ANDREW NIEMAN | 23-HD-0002 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 1034 | N | PAULINA | ANDREW NIEMAN | 23-HD-0003 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 1034 | N | PAULINA | ANDREW NIEMAN | 23-HD-0005 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 2706 | W | GIDDINGS | NATHAN HUTCHESON | 23-HD-0119 | J. HARAN-CASTANEDA | | AM | INITIAL |
| 2625 | W | LAWRENCE | SLIVEN, INC. | 23-LR-0056 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 2407 | N | MILWAUKEE | EXPRESS PERMITS INC. | 23-NR-0056 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| | | | **Total per hearing date** | **10/11/2023** | **8** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 1933 | N | WOOD | ANTHONY CURRAN | 23-HD-0125 | A.QUIJANO | **10/12/2023** | PM | INITIAL |
| 2619 | W | LAWRENCE | JOHNNIE BLUE, INC. | 23-LR-0017 | A.QUIJANO | | PM | CONTINUANCE |
| | | | **Total per hearing date** | **10/12/2023** | **2** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 4012 | N | MILWAUKEE | MSM TOBACCO WIRELESS, INC | 23-NR-0027 | J. HARAN-CASTANEDA | **10/13/2023** | PM | CONTINUANCE |
| 400 | S | CLARK | ALEEM ABDUL MOHAMMED | 23-NR-0062 | J. HARAN-CASTANEDA | | PM | CONTINUANCE |
| | | | **Total per hearing date** | **10/13/2023** | **2** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 1652 | N | BISSELL | JUSTIN CONWAY | 22-HD-0245 | S. LOPEZ | **10/17/2023** | AM | CONTINUANCE |
| 2516 | W | LYNDALE | CECIL MURRAY | 23-HD-0071 | S. LOPEZ | | AM | CONTINUANCE |
| 2516 | W | LYNDALE | CECIL MURRAY | 23-HD-0096 | S. LOPEZ | | AM | CONTINUANCE |
| 2343 | W | ROOSEVELT | THE DOPEST LLC | 23-LR-0006 | S. LOPEZ | | AM | CONTINUANCE |

City of Chicago - Department of Business Affairs and Consumer Protection
121 N. La Salle St., Room 805, Chicago, IL 60602
312-744-6060 (Phone) | 312-744-1944 (TTY)

# UPCOMING HEARING SCHEDULE - ROOM 805

***All AM hearings are at 9:30 AM and all PM hearings are at 1:30 PM.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3855 | W | DIVISION | AVVA INC., | 23-LR-0033 | S. LOPEZ | **10/17/2023** | AM | CONTINUANCE |
| 5900 | W | ROOSEVELT | ROSALINDA MENDOZA | 23-NR-0006 | S. LOPEZ | | AM | CONTINUANCE |
| 6502-6504 | S | WESTERN | 365 SUPERMARKET INC | 23-NR-0012 | S. LOPEZ | | AM | CONTINUANCE |
| 1329 | W | 18TH | A ONE FOOD AND BEAUTY SUPPLIES , I | 23-NR-0063 | S. LOPEZ | | AM | CONTINUANCE |
| 1575 | N | MILWAUKEE | 1575 NORTH MILWAUKEE AVENUE COR | 23-SC-0006 | S. LOPEZ | | AM | CONTINUANCE |
| | | | **Total per hearing date** | **10/17/2023** | **9** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 1565 | N | MILWAUKEE | THE BLUE NOTE, INC. | 22-LR-0011 | J. HARAN-CASTANEDA | **10/18/2023** | AM | CONTINUANCE |
| 69 | E | 75TH | 50YARDLINE BAR&GRILL LLC | 22-LR-0069 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 4017 | W | 63RD | ADAMS DISCOUNT APPLIANCES INC. | 23-NR-0044 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 6230 | S | ASHLAND | WHATS YOUR BUDGET INC. | 23-NR-0047 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 2858 | W | ROOSEVELT | FARH SUPERMARKET CO | 23-NR-0049 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| | | | **Total per hearing date** | **10/18/2023** | **5** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 4601 | W | ARMITAGE | NATIONAL RECOVERY AND TOWING LL | 23-LD-0012 | A.QUIJANO | **10/19/2023** | PM | CONTINUANCE |
| 3713 | W | DIVISION | OCTAVIA BROWN LLC | 23-NR-0046 | A.QUIJANO | | PM | CONTINUANCE |
| | | | **Total per hearing date** | **10/19/2023** | **2** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 2519-2525 | W | DEVON | VAISHNAV DHABHA INC. | 20-LR-0019 | S. LOPEZ | **10/24/2023** | AM | CONTINUANCE |
| 6246 | N | WESTERN | NORTH STAR RESTAURANT, INC. | 21-LR-0027 | S. LOPEZ | | AM | CONTINUANCE |
| 3700 | N | KEDZIE | AMERICAN WAY FOOD & LIQUOR INC | 22-LR-0005 | S. LOPEZ | | AM | CONTINUANCE |
| 1000-1012 | W | BELMONT | 1000 LIQUOR'S, INC. | 22-LR-0025 | S. LOPEZ | | AM | CONTINUANCE |
| 1431 | W | LAKE | MET PARTNERS, INC. | 22-LR-0072 | S. LOPEZ | | AM | CONTINUANCE |
| 182 | W | LAKE | GOLUB & COMPANY OF ILLINOIS LLC | 22-NR-0068 | S. LOPEZ | | AM | CONTINUANCE |
| 3901-3941 | S | MICHIGAN | FANTASY HOTEL CO. | 23-LD-0005 | S. LOPEZ | | AM | CONTINUANCE |
| 5 | W | DIVISION | 5 WEST DIVISION CORP. | 23-LR-0024 | S. LOPEZ | | AM | CONTINUANCE |
| 1929 | W | 87TH | THE HIDDEN TREASURE DINING & CAFE | 23-NR-0003 | S. LOPEZ | | AM | CONTINUANCE |
| 5146 | W | MADISON | 290 FOOD MART INC. | 23-NR-0028 | S. LOPEZ | | AM | CONTINUANCE |
| 1437 | W | CHICAGO | R.N.R. CORPORATION, INC. | 23-NR-0052 | S. LOPEZ | | AM | CONTINUANCE |

City of Chicago - Department of Business Affairs and Consumer Protection
121 N. La Salle St., Room 805, Chicago, IL 60602
312-744-6060 (Phone) | 312-744-1944 (TTY)

# UPCOMING HEARING SCHEDULE - ROOM 805

***All AM hearings are at 9:30 AM and all PM hearings are at 1:30 PM.**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **Total per hearing date** | **10/24/2023** | **11** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 7902-7908 | S | ASHLAND | ASHLAND FOOD & FUEL INC | 23-SC-0007 | J. HARAN-CASTANEDA | **10/25/2023** | AM | CONTINUANCE |
| | | | **Total per hearing date** | **10/25/2023** | **1** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 1376 | W | GRAND | D-FERG INK PRODUCTIONS LLC | 22-NR-0073 | A.QUIJANO | **10/26/2023** | PM | CONTINUANCE |
| 3636 | W | 111TH | LAWLOR'S ON 111TH STREET, INC. | 23-LR-0007 | A.QUIJANO | | PM | CONTINUANCE |
| 1219 | W | DEVON | DHUWAN, INC. | 23-NR-0016 | A.QUIJANO | | PM | CONTINUANCE |
| 1327 | N | HOMAN | RAMOS GROCERY INC. | 23-NR-0030 | A.QUIJANO | | PM | CONTINUANCE |
| 1219 | W | DEVON | DHUWAN, INC. | 23-SC-0005 | A.QUIJANO | | PM | CONTINUANCE |
| | | | **Total per hearing date** | **10/26/2023** | **5** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 972 | W | 18TH | JULIA CORPORATION | 22-NR-0064 | J. HARAN-CASTANEDA | **10/27/2023** | PM | CONTINUANCE |
| 1018 | E | 93RD | THUNDER FOOD & LIQUOR INC. | 23-LR-0035 | J. HARAN-CASTANEDA | | PM | CONTINUANCE |
| | | | **Total per hearing date** | **10/27/2023** | **2** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 606 | E | 75TH | ART LIFE ART INC | 23-LR-0012 | S. LOPEZ | **10/31/2023** | AM | CONTINUANCE |
| 2338 | N | SACRAMENT | SACRAMENTO AMOCO INC. | 23-NR-0005 | S. LOPEZ | | AM | CONTINUANCE |
| | | | **Total per hearing date** | **10/31/2023** | **2** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 839 | S | BISHOP | MICHAEL MOYNIHAN | 23-HD-0101 | J. HARAN-CASTANEDA | **11/01/2023** | AM | CONTINUANCE |
| 839 | S | BISHOP | MICHAEL MOYNIHAN | 23-HD-0102 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 26 | W | DIVISION | MOTHER'S FIRST VENTURE LIMITED | 23-LR-0041 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| 3800 | N | KEDZIE | MICHAEL E. THOMAS | 23-LR-0053 | J. HARAN-CASTANEDA | | AM | CONTINUANCE |
| | | | **Total per hearing date** | **11/01/2023** | **4** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|

City of Chicago - Department of Business Affairs and Consumer Protection
121 N. La Salle St., Room 805, Chicago, IL 60602
312-744-6060 (Phone) | 312-744-1944 (TTY)

# UPCOMING HEARING SCHEDULE - ROOM 805

*All AM hearings are at 9:30 AM and all PM hearings are at 1:30 PM.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2139 | W | GRANVILLE | SENEDA VULIC | 23-HD-0120 | A.QUIJANO | **11/02/2023** | PM | CONTINUANCE |
| 2139 | W | GRANVILLE | SENEDA VULIC | 23-HD-0121 | A.QUIJANO | | PM | CONTINUANCE |
| 2201 | W | WALNUT | SIMMONS ENTERTAINMENT AND MARK | 23-LD-0004 | A.QUIJANO | | PM | CONTINUANCE |
| 3014 | N | ASHLAND | SHREE HARI MANAGEMENT INC. | 23-LR-0027 | A.QUIJANO | | PM | CONTINUANCE |
| 70 | W | HURON | UNITED PATELS, INC. | 23-LR-0062 | A.QUIJANO | | PM | CONTINUANCE |
| 3402 | W | 79TH | A LUH SWAG L.L.C. | 23-NR-0023 | A.QUIJANO | | PM | CONTINUANCE |
| 2118 | S | HALSTED | DR LUNGZZZ LLC | 23-NR-0055 | A.QUIJANO | | PM | CONTINUANCE |
| | | | **Total per hearing date** | **11/02/2023** | **7** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 3120 | W | MONTROSE | JEANNETTE GACHARNA | 23-HD-0097 | S. LOPEZ | **11/07/2023** | AM | CONTINUANCE |
| | | | **Total per hearing date** | **11/07/2023** | **1** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 2249 | S | PULASKI | CASA DE MARISCOS INC. | 23-LR-0038 | J. HARAN-CASTANEDA | **11/08/2023** | AM | CONTINUANCE |
| | | | **Total per hearing date** | **11/08/2023** | **1** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 1147 | W | ARMITAGE | TRIPOLI PARTNERS, LLC | 19-LR-0055 | S. LOPEZ | **11/14/2023** | AM | CONTINUANCE |
| 4800 | S | LAKE PARK | CUDDLE CARE, INC | 22-NR-0114 | S. LOPEZ | | AM | CONTINUANCE |
| 1101 | W | 111TH | EZ FOOD MART ON 111, INC. | 23-NR-0043 | S. LOPEZ | | AM | CONTINUANCE |
| 2445 | N | CLARK | M S NEWS AND TOBACCO ON CLARK IN | 23-NR-0057 | S. LOPEZ | | AM | CONTINUANCE |
| | | | **Total per hearing date** | **11/14/2023** | **4** | | | |

| | | Address | Business Name | Case Number | Commisioner Name | Hearing Date | Hearing Time * | Hearing Type |
|---|---|---|---|---|---|---|---|---|
| 3756-3758 | W | NORTH | LA LENA, INC. | 23-LR-0026 | A.QUIJANO | **12/14/2023** | PM | CONTINUANCE |
| | | | **Total per hearing date** | **12/14/2023** | **1** | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | **Total per report:** | **70** | | | | |