**Exhibit 2: MLDC Proceeding Settlement**

**Case #: 22 LR 11**

CITY OF CHICAGO

DEPARTMENT OF BUSINESS AFFAIRS AND CONSUMER PROTECTION

# Voluntary Suspension - 18 Days

**Case No.:** 22 LR 11.

**Date:** October 23, 2023.

**Location:** 1565 N. Milwaukee Avenue, Chicago IL 606[redacted]. 22 -AK

**Licenses:** Public Place of Amusement; Tavern; Late Hour.

**Licensee:** The Blue Note, Inc.

**IRIS #:** 35907; Site 1.

I (We), as Licensee(s) of the above named premises have met with a representative of the office of the Mayor of the City of Chicago, who has advised me (us) of my (our) right to a public hearing before the Department of Business Affairs and Consumer Protection/Local Liquor Control Commission of the City of Chicago relative to incident(s) alleged to have occurred on or about the licensed premises, to wit:

1. That on or about February 6, 2022, the licensee, by and through its agent, allowed unauthorized persons to be on the licensed premises after 5:00 AM, in violation of Municipal Code of Chicago § 4-60-130 (d).

I (We) have thoroughly discussed the incident(s) and have been afforded the opportunity to present any or all facts concerning the incident(s), either orally or by way of affidavit.

I (We) hereby elect to waive my (our) right to a formal hearing and voluntarily agree to close my (our) premises for a period of EIGHTEEN (18) days commencing at 7:00 AM on **June 18, 2023,** and ending at 7:00 AM on **July 6, 2023**. I (We) hereby agree that this suspension is **considered time served.**

The Licensee and the City (BACP) agree to enter into this agreed resolution of the violations(s) with the express understanding that this Agreement for a voluntary suspension shall be made a permanent record of the licensee's disciplinary history and may be considered or introduced as evidence of aggravation in conjunction with other charges of misconduct in any future proceeding.

Print: Joe Jun Lin

Signed: ____________________

Title/Relationship: owner

Date Signed: Oct 24 2023

cc: Superintendent of Police,
VCS,
File,
Stats.