Gmail [redacted]

**Exhibit A**

Compose

Mail

Inbox

Chat

Starred

Snoozed

Spaces

Sent

Drafts

Meet

More

Labels

10 of many

[redacted]

Tue, Oct 24, 10:43 AM

We gather from the public record and papers filed in response to the other MTDs that the summary closure order ARL proceeding was dismissed as moot and that Blue Note did not pursue an appeal. That development affects our Younger abstention argument, and we would like to file something to address it and to update our arguments to the Court.

We intend to file a motion seeking leave to file a supplemental memorandum in support of our MTD of no more than 5 pages. Would Plaintiffs consent to that request? We can include a request that Plaintiffs be permitted to file a response of similar length, if desired.

Thanks,

[redacted]

[redacted]